Kenneth D. PASKAR; Friends of Laguardia Airport, Inc., Petitioners,

v.

**FEDERAL AVIATION ADMINISTRATION; Michael P. Huerta; Ray Lahood, Secretary, United States Department of Transportation, Respondents.**

No. 13–71514.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2013.*

Filed Aug. 22, 2013.

Steven Michael Taber, Senior, Taber Law Group, Irvine, CA, for Petitioner.

Christine Noel Kohl, Esquire, Michael Jay Singer, Abby Christine Wright, DOJ–U.S. Department of Justice, Washington, DC, Kenneth Mead, General Counsel, Aircraft Owners And Pilots Association, Kathleen Ann Yodice, Esquire, Law Offices of Yodice Associates, Frederick, MD, for Respondent.

Before: KOZINSKI, Chief Judge, GOULD and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Petitioner Kenneth Paskar seeks to recover $19,450 in fees accrued in connection with his Petition for Review under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Because Paskar's chal-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lenge to the FAA's planned closure of various air traffic control towers was dismissed without a judgment on the merits or court-ordered consent decree, Paskar does not qualify as a "prevailing party" within the meaning of the EAJA. *See Perez-Arellano v. Smith,* 279 F.3d 791, 794 (9th Cir.2002); *see also Buckhannon Board & Care Home, Inc. v. W. Va. Dep't of Health & Human Res.,* 532 U.S. 598, 610, 121 S.Ct. 1835, 149 L.Ed.2d 855 (2001). Accordingly, his application for fees is

**DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.